**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KRISTIN GOWER, individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROUNDY'S SUPERMARKETS INC., and ROUNDY'S ILLINOIS, LLC d/b/a MARIANO'S,<br><br>Defendants. | ) | Case No. 24-cv-09346<br>Hon. Matthew F. Kennelly |

**UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE
COUNSEL OF RECORD FOR ROUNDY'S SUPERMARKETS INC.
AND ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S**

Pursuant to Local Rule 83.17, defendants Roundy's Supermarkets Inc. and Roundy's Illinois, LLC d/b/a Mariano's (collectively the "Defendants"), by counsel, respectfully requests that the Court enter an Order substituting **Christopher S. Griesmeyer** of GREIMAN, ROME & GRIESMEYER, LLC, for **Allan S. Rubin** and **Andrew D. Welker** of JACKSON LEWIS P.C. as counsel of record for Defendants in this action. The grounds for this Motion are:

1. Defendants desire to have Christopher S. Griesmeyer of Greiman, Rome & Griesmeyer, LLC substituted as their counsel of record in this action.

2. Defendants further request that Allan S. Rubin and Andrew D. Welker of Jackson Lewis P.C., be allowed to withdraw their appearance as counsel of record for Defendants and be relieved of any further responsibility with respect to this matter.

3. Mr. Griesmeyer's signed Attorney Appearance Form is attached as Exhibit 1.

4. Prior to filing this Motion, the undersigned counsel conferred with Plaintiff's counsel, C. Andrew Head, who confirmed that Plaintiff does not oppose the relief requested in this Motion.

5. This Motion is not filed to hinder or delay the resolution of this action, and Plaintiff will not be prejudiced by the Court's granting the requested substitution.

WHEREFORE, Defendants Roundy's Supermarkets Inc. and Roundy's Illinois, LLC d/b/a Mariano's respectfully request that the Court enter an Order: (i) granting this Motion; (ii) substituting in and accepting the appearance of Christopher S. Griesmeyer of Greiman, Rome & Griesmeyer, LLC, as counsel of record for Defendants in this action; (iii) withdrawing the appearances of Allan S. Rubin and Andrew Douglas D. Welker of Jackson Lewis P.C. as counsel for Defendants in this action; and (iv) granting Defendants any such other and further relief as the Court deems proper.

Dated: March 12, 2026

Respectfully submitted,

**ROUNDY'S SUPERMARKETS, INC. and ROUNDY'S ILLINOIS, LLC d/b/a MARIANO'S, Defendants**

By: /s/ *Christopher S. Griesmeyer*
One of their Attorneys

Christopher S. Griesmeyer (ARDC #6269851)
Greiman, Rome & Griesmeyer, LLC
205 West Randolph Street, Suite 2300
Chicago, Illinois 60606
(312) 428-2750
cgriesmeyer@grglegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will serve copies of the foregoing via email transmission to counsel of record in this action, identified below:

C. Andrew Head (ahead@headlawfirm.com)
Bethany Hilbert (bhilbert@headlawfirm.com)
Seth R. Lesser (seth@klafterolsen.com)
Christopher M. Timmel (christopher.timmel@klafterolsen.com)
Allan Rubin (allan.rubin@jacksonlewis.com)
Andrew Douglas Welker (andrew.welker@jacksonlewis.com)

*/s/ Christopher S. Griesmeyer*
Christopher S. Griesmeyer (ARDC #6269851)
GREIMAN, ROME & GRIESMEYER, LLC
205 West Randolph Street, Suite 2300
Chicago, Illinois 60606
(312) 428-2750
cgriesmeyer@grglegal.com